O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY BERNARD MORGAN,<br><br>　　　　Petitioner,<br>　　vs.<br>THE SUPERIOR COURT OF<br>LOS ANGELES, et al.,<br><br>　　　　Respondents. | Case No. CV 12-5382-DSF (DTB)<br><br>ORDER ACCEPTING FINDINGS,<br>CONCLUSIONS AND<br>RECOMMENDATIONS OF UNITED<br>STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered granting respondent's Motion to Dismiss and dismissing the Petition without prejudice.

12/11/12
Dated: _____

_Dale S. Fischer_

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

1