JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY BERNARD MORGAN, | Case No.  CV 12-5382-DSF (DTB) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| THE SUPERIOR COURT OF LOS ANGELES, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: _____12/11/12_____

_Dale S. Fischer_

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

1